OCTOBER TERM, 1874.    53

Riffey v. St. L. & I. M. R. R. Co.—Grounds v. St. L. & I. M. R. R. Co.

SAMUEL RIFFEY, Respondent, *vs.* THE ST. LOUIS & IRON MOUN-
TAIN RAILROAD CO., Appellant.

Tiarks vs. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*B. B. Cahoon and J. B. Duchouquette,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is identical with the case of Tiarks vs. The St.
Louis & Iron Mountain Railroad, *ante* p. 45, and for the
reasons given in that case, the judgment must be reversed
and the cause remanded.    The other judges concur.

————O————

MARY GROUNDS, Respondent, *vs.* THE ST. LOUIS & IRON
MOUNTAIN RAILROAD CO., Appellant.

Tiarks v. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden,* for Appellant.

*B. B. Cahoon and J. B. Duchouquette,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is identical with the case of Tiarks v. The St.
Louis & Iron Mountain Railroad, *ante* p. 45, and in con-
formity with the decision therein rendered, the judgment
must be reversed and the cause remanded.    All the judges
concur.